**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **PERCY MYRICK,** | ) |
| | ) |
| **Plaintiff(s),** | ) |
| | ) |
| **vs.** | )   NO.   **04-787-WDS** |
| | ) |
| **DONALD N. SNYDER, JR.,et al.,,** | ) |
| | ) |
| **Defendant(s).** | ) |

**ORDER**

This case is before the Court for docket control. On January 6, 2005, the U.S. Marshals Service was appointed to serve process in this case by an Order entered by United States Magistrate Judge Clifford J. Proud, (Doc. 16).

The Clerk of Court prepared service packets for defendants Snyder, Cowan, Pulley, and Pierce and forwarded packets to the U.S. Marshal Service on January 27, 2005 along with a USM-285 form for each defendant.

Ten months have passed, and despite phone calls made to the Marshal on April 13, 2005, July 27, 2005 and August 4, 2005, regarding service of defendants, no return is on file, nor has the Marshal requested the Clerk to issue summons.

IT IS ORDERED that the U.S. Marshals Service shall immediately file a return for defendants Snyder, Cowan, Pulley, and Pierce or request that a summons be issued and personally serve defendants within 30 days.

In the event the Marshals Service can not obtain service within 30 days, it shall submit a detailed report describing all efforts to locate and serve defendants.

**IT IS SO ORDERED.**

**DATED: December 6, 2005**

S/Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**
