IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PERCY MYRICK,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**DONALD N. SYNDER, JR.,** )<br>**DR. FEINERMAN, DR. GONZALEZ,** )<br>**M. BRIAN, MAJOR COWAN,** )<br>**MICHELLE PULLEY, MS. BROOKS,** )<br>**and GUY D. PIERCE,** )<br>)<br>Defendants. ) | Civil No. **04-787 - WDS** |

# ORDER

**PROUD, Magistrate Judge:**

Before the Court are plaintiff's Motion to Compel Discovery **(Doc. 69)** and defendants' Motions for Extension of Time **(Docs. 71 and 73)**.

On April 25, 2006, the Court granted plaintiff leave to pursue limited discovery after the expiration of the deadline for completion of discovery, and ordered defendants to respond by May 15, 2006. **See, Doc. 68**. On May 15, 2006, defendants moved for additional time in which to respond. Thus, plaintiff's motion to compel is premature.

Upon consideration and for good cause shown, Motion to Compel Discovery **(Doc. 69)** is **DENIED**. Defendants' Motions for Extension of Time **(Docs. 71 and 73)** are **GRANTED**.

Defendants shall serve their answers and/or objections to plaintiff's March 20, 2006, discovery requests on or before **May 30, 2006.**

IT IS SO ORDERED.

DATE: May 18, 2006.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**